COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

KIRT ALLEN ESTHAY
APPellanT,

V.

THE STATE OF TEXAS
APPellee,

CAUSE NO. PD-0463-15

SECOND MOTION FOR
REHEARING

COMES NOW, APPellanT, KIRT ALLEN ESTHAY PRO SE, APPellanT IS unable to Know Rule's of T.R.A.P, As He has'nT The Tools of or within T.R.A.P, AnD unAble To GAIN ThaT accEss; As he has been unable to gain access To CourTs/Law LibrarY Through The Texas DeParTmenT of CRIMINAL JUSTICE HERE on The MARK W. STILes UniT To which he is assigned: APPellanT has been in Placed In SEGregaTion on 11/9/15 For which was and is outside of his control: The courT or clerk has ReJecTed APPellanT moTion FOR recon SIDerATion claiming now-comPliance under Rule 79.2(c) T.R.A.P:

STATES claim was under, of a refusal or dismissal of An P.D.R.: APPellanT IS reqesTIng A second chance Under The FacTs he did'nt get the courTs JecTed motion for rehear; UntiLL 11/30/15 bY the mail room on the Mark W. STiles UniT and The PasT daTe showed 11/24/15, even Though The daTe of reJecTion of rehear was 11/18/15: APPellanT IS PRO SE AnD has To have access To CourT/ Law LibrarY To reasearch Laws or have tools To Do so: APPellanT has onlY had access to Law LibrarY 11/25/15 anD 12/2/15 since 11/9/15: IF CourT NEED These records of Law LibrarY or APPellanTs housIng AT The Mark W. STiles Unit, The CourT can make order As APPellanT Knows noT his amounT of Time Allowed him To refill his second motion for rehear SEE TRAP 79.5: APPellanT has onlY 4 hours In Law LibrarY since 11/9/15 and isn'T because

his lack of Trying: Appellant will try To meet The Rule 79.2 (c) T.R.A.P, He submitts This Motion To GAVE HIS Life, Liberty and Justice, See Texas Code of Criminal Procedure, §4.12: By note allowing Appellants Motion would be To Prejudice him by Taking his chance of; See §44.45: And §3.6: And his obtaining his §3.6: Appellant So STATES And certifys That his motion for rehear is grounded and his Motion Is Made In Good faith and not for any other reasons But what has been STated above, This motion Is'nt for delay. Futher more This second motion for rehear should be granTed, Appellant was not denied his first motion for rehear But reSected; See District Clerks White card DATED 11/18/2015 of the Court of Criminal appeals: Also See T.R.A.P, rule 79.5:

Wherefore, Appellant submits the foregoing authorities and arguments In his behalf: Also; requested is an Evidentiary hearing:

Respectfully submitted,
Kirt Allen Esthay
Appellant Pro SE:
TDCS No 1919078
3060 F.M. 3514
Beaumont, TX 77705
Kirt A. Esthay
DATE: 12/2/15

# CERTIFICATE OF SERVICE

I KIRT ALLEN EsTHAY, AppellanT ProSE, CertiFys THAT A True Copy of THE above MoTion WAS mailed To The STATES ATTorNEY MR George McCrea of the 119Th district couRT. by Pre Paid First Class U.S. Mail addressed To 124 W. BeauRegard, SAN AnGELO Texas 76903:

KIRT ALLEN EsTHAY
APPellanT Pro SE
TDCJ No 199078
3060 F.m 3514
Beaumont. Tx 77705
DATED: 12/2/15
Kirt A. Esthay

# NOTICE

## INMATE NOTARY PUBLIC SERVICE

Under both Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice & Remedies Code, & 132.001-132.003), inmate incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, clarification, oath, or affidavit sworn before a Notary Public. An example of an unsworn declaration is as follows:

## Unsworn Declaration

I, Offender _KirT Allen EsthaY_, TDCJ Number _1919078_ am presently incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice in Jefferson County, Texas declare under penalty of perjury that the above is true and correct.

Signed on the ___2nd___ day of _December_, 20 _15_.

_KirT A. EsthaY_
Printed Name

_Kirt A. Esthay_
Signature

Unsworn Declaration

Kirt A. Esthay
TDCS No. 1919078
3060 F.M. 3514
Beaumont TX 77705

No. PD-0463-15

Clerk

Please see This go(s) To the right court, Motion #2 rehear.

DATe: 12/2/15       Kirt Esthay

Kirt Esthay #1919078
3060 Fm.3514
Beaumont, Tx 77705

Legal
mail

Court of Criminal Appeals
Po Box 12308
Austin, Tx 78711

78711230808